UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ZACKARY W. BENNETT,

    Plaintiff,

v.

WHITE TIGER, INC., et al.,

    Defendants.

Case No. 2:12-CV-00171
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court on the Plaintiff's Motion to Dismiss with Prejudice. Doc. 25. According to the motion, the parties have reached a settlement. With the instant motion, the Plaintiff thus seeks dismissal of this case with prejudice under Federal Rule of Civil Procedure 41(a). Although not signed by the Defendants, the Plaintiff's motion is unopposed. Accordingly, the Plaintiff's Motion to Dismiss with Prejudice is **GRANTED**. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

10-15-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE