AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

ZACKARY W. BENNETT,

    **Plaintiff,**

**v.**

WHITE TIGER, INC., et al.,

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  2:12-CV-00171
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed October 15, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 15, 2013        JOHN P. HEHMAN, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk